**130 So.2d 350**

H. B. WILKERSON

v.

**STATE.**

2 Div. 424.

Supreme Court of Alabama.

May 25, 1961.

MacDonald Gallion, Atty. Gen., and Jerry L. Coe, Asst. Atty. Gen., for petitioner.

John W. Drinkard, Linden, opposed.

GOODWYN, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision in Wilkerson v. State, 130 So.2d 348.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.